UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MURDAUGH,<br><br>   Plaintiff,<br><br> v.<br><br>JEFFEREY BEARD,<br><br>   Defendant. | No. 2:14-cv-1922 AC P<br><br><br>ORDER AND FINDINGS AND<br>RECOMMENDATIONS |

  By Order filed August 27, 2014 plaintiff was directed to file an in forma pauperis affidavit or paid the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 4. The thirty-day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

  IT IS HEREBY ORDERED that the Clerk randomly assign a district court judge to this case.

  IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 20, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE